

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

March 30, 2015

Jennifer Rossmeier
Bexar County Criminal District Attorney's Office
Paul Elizondo Tower
San Antonio, TX 78205

Christopher Graham
700 N. St. Mary's, #1400
San Antonio, TX 78205

RE:  Court of Appeals Number:   04-14-00607-CR
     Trial Court Case Number:   2013CR5404
     Style:                     Kathleen G. Reyes v. The State of Texas

Dear Counsel:

The above cause has been set for formal submission ON BRIEFS ONLY before this Court on May 12, 2015, before a panel consisting of Justice Marialyn Barnard, Justice Patricia O. Alvarez, and Justice Jason Pulliam.

Very truly yours,
KEITH E. HOTTLE, CLERK

Margaret E. Adams
Legal Assistant, Fourth Court of Appeals
210.335.3854

COURT OF APPEALS

Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

2015 MAY 28 AM 11: 40

SAN ANTONIO
TX 780
OFFICIAL BUSINESS
STATE OF TEXAS
STATE PENALTY
FOR PRIVATE USE

02 1P
0003179973
MAILED FROM ZIP CODE 78205

UNITED STATES POSTAGE
$ 000.480
APR 01 2015
PITNEY BOWES

Christopher Graham

****
**** NO LONGER AT THIS ADDRESS

*** PLEASE RETURN TO SENDER